IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAULA KADIM<br>    Plaintiff,<br><br>v.<br><br>ADELPHIA and<br>CIGNA GROUP INSURANCE<br>and its affiliate Company LIFE<br>INSURANCE COMPANY OF<br>NORTH AMERICA<br>    Defendants. | Civil Action No. 04 CV 12383 |

## CIGNA GROUP INSURANCE'S & LIFE INSURANCE COMPANY OF NORTH AMERICA'S LR. 7.3 CORPORATE DISCLOSURE

Defendant Cigna Group Insurance ("CIGNA") and Life Insurance Company of North America ("LINA") pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts hereby makes the following disclosures: 1) LINA is a subsidiary of Connecticut General Corporation, which is a subsidiary of CIGNA Holdings, Inc., which is a subsidiary of CIGNA Corporation, a public traded company; 2) CIGNA Corporation (indirectly as reflected above) is a public traded company that owns 10% or more of LINA's stock and; 3) Because CIGNA is not a legal entity and is an improper party to this action, no response is required.

                                                Respectfully submitted,
                                                CIGNA GROUP INSURANCE and
                                                LIFE INSURANCE COMPANY OF NORTH
                                                AMERICA,

                                                By their Attorney,

                                                David B. Crevier, BBO# 557242

Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115-5532
Tel: 413-787-2400
Fax: 413-781-8235
Email: dcrevier@crevierandryan.com

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on counsel to all other parties to this action by first class U.S. mail, postage prepaid, this 16 day of November, 2004.

_____
David B. Crevier