IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAULA KADIM <br>     Plaintiff, <br><br> v. <br><br> ADELPHIA and <br> CIGNA GROUP INSURANCE <br> and its affiliate Company LIFE <br> INSURANCE COMPANY OF <br> NORTH AMERICA <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> )     **Civil Action No. 04 CV 12383** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DEFENDANT ADELPHIA'S L.R. 7.3 CORPORATE DISCLOSURE

Defendant Adelphia, pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, hereby makes the following disclosures: 1) that there is no parent corporation of Adelphia; and 2) that no publicly held corporation owns 10%, or more, of Adelphia's stock.

Respectfully submitted,

DEFENDANT ADELPHIA

By its Attorney,

David B. Crevier, BBO# 557242
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115-5532
Tel: 413-787-2400
Fax: 413-781-8235
Email: dcrevier@crevierandryan.com

## CERTIFICATE OF SERVICE

    I, David B. Crevier, hereby certify that I have served a copy of the foregoing on the plaintiff by mailing a copy, by first class mail, postage prepaid, to the address of his attorney of record, this 16 day of November, 2004.

                                              David B. Crevier