IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAULA KADIM )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>ADELPHIA )<br>)<br>CIGNA GROUP INSURANCE )<br>And its affiliate Company LIFE )<br>INSURANCE OF NORTH AMERICA )<br>_____ ) | Civil Action No. 04CV12383 GAO |

FILED
CLERKS OFFICE

2004 NOV 15  A 11: 56

DISTRICT COURT
DISTRICT OF MASS.

## NOTICE OF APPEARANCE

NOW COMES David B. Crevier and Theodore F. Glockner and hereby enter their appearance on behalf of Defendants Adelphia, CIGNA Group Insurance Company and Life Insurance of North America in the above entitled matter.

Respectfully submitted,

DEFENDANTS ADELPHIA,
CIGNA GROUP INSURANCE and
LIFE INSURANCE COMPANY OF
NORTH AMERICA,

*David Crevier/tfg*
David B. Crevier, BBO #557242

*Theodore F. Glockner*
Theodore F. Glockner, BBO #629469

1500 Main Street, Suite 2020
Springfield, MA 01115-5532
Tel: (413) 787-2400;
Facsimile: (413) 781-8235
Email dcrevier@crevierandryan.com
  tglockner@crevierandryan.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on Plaintiffs' counsel by first class U.S. Mail, postage prepaid this 12th day of November, 2004.

*[signature]*

F:\Files\CIGNA\Kadim\notice of appearance.doc