## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PAULA KADIM | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil Action No. 04 CV 12383** |
| | ) | |
| ADELPHIA and | ) | |
| CIGNA GROUP INSURANCE | ) | |
| and its affiliate Company LIFE | ) | |
| INSURANCE COMPANY OF | ) | |
| NORTH AMERICA | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S
## MOTION OPPOSING REMOVAL

NOW COME Defendant Cigna Group Insurance Company and its affiliate Life Insurance Company of North America ("LINA") and Defendant Adelphia ("Adelphia"), pursuant to Rule 7.1(b)(2) of Local Rules of United States District Court for the District of Massachusetts, and hereby request that this Court deny Plaintiff's Motion Opposing Removal to U.S. District Court (hereinafter "Motion to Remand"). As explained in the memorandum filed herewith, this Court must deny Plaintiff's Motion to Remand because this Court has proper jurisdiction over Plaintiff's claims.

F:\Files\CIGNA\Kadim\Opp to Motion to Remand.doc

1

Respectfully submitted,

DEFENDANTS ADELPHIA and
CINGA GROUP INSURANCE and its
affiliate LIFE INSURANCE COMPANY OF
NORTH AMERICA,

By their Attorney,

David B. Crevier, BBO# 557242
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115-5532
Tel:  413-787-2400
Fax:  413-781-8235
Email: dcrevier@crevierandryan.com

## CERTIFICATE OF SERVICE

I, David B. Crevier, hereby certify that I have served a copy of the foregoing on the
plaintiff by mailing a copy, by first class mail, postage prepaid, to the address of his attorney of
record, this 24th day of November, 2004.

David B. Crevier

F:\Files\CIGNA\Kadim\Opp to Motion to Remand.doc

2