IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAULA KADIM )<br>)<br>Plaintiff, )<br>)<br>v. )<br>ADELPHIA )<br>)<br>CIGNA GROUP INSURANCE )<br>And its affiliate Company LIFE )<br>INSURANCE OF NORTH AMERICA )<br>)<br>Defendants )<br>)<br>) | Civil Action No. 04 CV 12383 |

## MOTION TO DISMISS WITHOUT PREJUDICE COUNT II AND IV OF PLAINTIFF'S ACTION AGAINST DEFENDANT ADELPHIA

As mentioned in the STATEMENT attached to this motion, and incorporated herein by reference, Plaintiff states that such counts sound only under Massachusetts law and even if the U.S. District assumes jurisdiction of the remainder of the case, it is not within the jurisdiction of the U.S District Court to decide Count II and IV.

Respectfully submitted by her attorney,

[signature]

DEAN W. HARRISON
BBO #223700
5 Rocky Pasture Road
Gloucester, Mass. 01930
Telephone (978) 283-5614
Email ndharri@earthlink.net

Note

Hand delivered
to Court
Nov 26, 04

## CERTIFICATE OF SERVICE

      I, Dean W. Harrison, hereby certify that I have served a copy of the foregoing on the defendant by mailing a copy, by first class mail, postage prepaid, to the address of her attorney of record, this 26, day of November, 2004.

_____
Dean W. Harrison