IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAULA KADIM<br>    Plaintiff,<br>v.<br><br>ADELPHIA, et al.<br>    Defendants. | Civil Action No. 04 CV 12383 |

### ADDENDUM TO DEFENDANTS' MOTION AND MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants, pursuant to Local Rule 7.1(A)(2) of the Local Rules of the U.S. District Court of the District of Massachusetts, hereby file the following addendum to Defendants' Motion to Dismiss Plaintiff's Complaint:

### LR. 7.1 (A)(2) Certification

I certify that on November 12, 2004, prior to filing Defendants Motion to Dismiss, Counsel for Hartford conferred with Plaintiff's counsel in a good faith attempt to resolve or narrow the issues presented in Defendants' Motion to Dismiss.

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 11/30/04
[signature: Jennifer D mcalvey]

Respectfully submitted,

DEFENDANTS ADELPHIA and
CINGA GROUP INSURANCE and its
affiliate LIFE INSURANCE COMPANY OF
NORTH AMERICA,

By their Attorney,

David B. Crevier, BBO# 557242
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115-5532
Tel: 413-787-2400
Fax: 413-781-8235
Email: dcrevier@crevierandryan.com

F:\Files\CIGNA\Kadim\certification.doc

1