IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAULA KADIM<br><br>    Plaintiff,<br><br>v.<br><br>ADELPHIA<br><br>CIGNA GROUP INSURANCE<br>And its affiliate Company LIFE<br>INSURANCE OF NORTH AMERICA | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 04CV12383 GAO |

## NOTICE OF APPEARANCE

NOW COMES Katherine R. Parsons and hereby enters her appearance on behalf of Defendants Adelphia, CIGNA Group Insurance Company and Life Insurance of North America in the above entitled matter.

Respectfully submitted,

DEFENDANTS ADELPHIA,
CIGNA GROUP INSURANCE and its
affiliate LIFE INSURANCE COMPANY
OF NORTH AMERICA,

_/s/ Katherine R. Parsons_
Katherine R. Parsons, BBO # 657280
1500 Main Street, Suite 2020
Springfield, MA 01115-5532
Tel: (413) 787-2400;
Facsimile: (413) 781-8235
Email: Kparsons@crevierandryan.com

## CERTIFICATE OF SERVICE

I certify that I served a true copy of the foregoing on all counsel of record said service having taken place this 13th day of December 2004.

\F:\Files\CIGNA\Kadim\notice of appearance-KRP.doc