IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PAULA KADIM                                          )
                                                     )
          Plaintiff,                                 )
                                                     )
v.                                                   )          Civil Action No. 04CV12383 GAO
                                                     )
ADELPHIA                                             )
                                                     )
CIGNA GROUP INSURANCE                                )
And its affiliate Company LIFE                       )
INSURANCE OF NORTH AMERICA                           )
                                                     )

## NOTICE OF DISAPPEARANCE

NOW COMES Theodore F. Glockner, Co Counsel to Defendants Adelphia,

CIGNA Group Insurance Company and Life Insurance of North America in the above

entitled matter, and pursuant to Rule 83.5.2 of this Court hereby withdraws his

appearance on behalf of the Defendants. Counsel further states that David B. Crevier,

Esq., who has entered his appearance with the Court will remain counsel of record for the

Defendants.

Respectfully submitted,

DEFENDANTS ADELPHIA,
CIGNA GROUP INSURANCE and
LIFE INSURANCE COMPANY OF
NORTH AMERICA,

Theodore F. Glockner, BBO #629469
1500 Main Street, Suite 2020
Springfield, MA 01115-5532
Tel: (413) 787-2400;
Facsimile: (413) 781-8235
Email dcrevier@crevierandryan.com
         tglockner@crevierandryan.com

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served on Plaintiffs' counsel by first class U.S. Mail, postage prepaid this _16_ day of January, 2005.

Theodore F. Glockner

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PAULA KADIM                              )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )          Civil Action No. 04CV12383 GAO
                                         )
ADELPHIA                                 )
                                         )
CIGNA GROUP INSURANCE                    )
And its affiliate Company LIFE           )
INSURANCE OF NORTH AMERICA               )
                                         )

## NOTICE OF WITHDRAWAL

NOW COMES Theodore F. Glockner, Co Counsel to Defendants Adelphia,

CIGNA Group Insurance Company and Life Insurance of North America in the above

entitled matter, and pursuant to Rule 83.5.2 of this Court hereby withdraws his

appearance on behalf of the Defendants.  Counsel further states that David B. Crevier,

Esq., who has entered his appearance with the Court will remain counsel of record for the

Defendants.

                              Respectfully submitted,

                              DEFENDANTS ADELPHIA,
                              CIGNA GROUP INSURANCE and
                              LIFE INSURANCE COMPANY OF
                              NORTH AMERICA,


                              Theodore F. Glockner, BBO #629469
                              1500 Main Street, Suite 2020
                              Springfield, MA 01115-5532
                              Tel: (413) 787-2400;
                              Facsimile: (413) 781-8235
                              Email dcrevier@crevierandryan.com
                                    tglockner@crevierandryan.com

F:\Files\CIGNA\Kadim\tfg disappearance.doc

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on Plaintiffs' counsel by first class U.S. Mail, postage prepaid this 27th day of January, 2005.

*Jennifer Goncalves*

Jennifer Goncalves