IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAULA KADIM<br>    Plaintiff,<br><br>v.<br><br>ADELPHIA and<br>CIGNA GROUP INSURANCE<br>and its affiliate Company LIFE<br>INSURANCE COMPANY OF<br>NORTH AMERICA<br>    Defendants. | Civil Action No. 04 CV 12383 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby voluntarily stipulate to the dismissal of the above-captioned action, in its entirety, with prejudice, each party to bear its own costs, with all rights of appeal waived.

The Defendants
ADELPHIA and
CIGNA GROUP INSURANCE and its
affiliate LIFE INSURANCE COMPANY
OF NORTH AMERICA,

By its Attorneys:

_____
David B. Crevier, BBO #557242
Katherine R. Parsons, BBO #657280
CREVIER & RYAN, LLP.
1500 Main Street, Suite 2020
Springfield, MA 01115-5532
Tel. (413) 787-2400
Fax. (413) 781-8235
Email: dcrevier@crevierandryan.com
       kparsons@crevierandryan.com

The Plaintiff
PAULA KADIM

By her Attorney:

_____
Dean Harrison Esq., BBO #223700
5 Rock Pasture Road
Gloucester, MA 01930
Tel. No. (978) 283-5614
email: ndharri@earthlink.com

F:\Files\CIGNA\Kadim\stip dismissal.doc

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the plaintiff by mailing a copy, by first class mail, postage prepaid, to the address of his attorney of record, this 24th day of March, 2005.

*Katherine A. Ba*